THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT MIDDLETON, Appellant.— No opinion. Concur — Breitel, J. P., Valente, McNally, Stevens and Steuer, JJ.

COMMISSIONER OF WELFARE OF THE CITY OF NEW YORK, Appellant, v. TULLIO LENTINE, Respondent.— Concur — Rabin, J. P., Valente, Stevens and Steuer, JJ.; McNally, J., dissents in the following memorandum: I would modify the order by ordering a hearing as to whether the father's financial position has improved to the extent of warranting a larger contribution to the support of the child than ordered below. In my opinion the papers submitted are too scant. (See *Schaschlo* v. *Taishoff*, 2 N Y 2d 408.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DONALD MALLAY, Appellant.— Concur — Valente, J. P., McNally, Stevens, Eager and Steuer, JJ.